IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L. COURTLAND LEE, *Derivatively on Behalf of PPG Industries Inc.*, <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL H. MCGARRY, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-75 <br><br> Hon. William S. Stickman IV <br><br> Lead Case |
| ALEXANDER H. LINDSAY, JR. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MICHAEL H. MCGARRY, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-253 <br><br> Member Case |
| BRENDA RUBIN *derivatively on behalf of PPG Industries, Inc.*, <br><br> *Plaintiff*, <br><br> v. <br><br> MICHAEL H. MCGARRY, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:20-cv-313 <br><br> Member Case |

# JUDGMENT ORDER

AND NOW, this 3rd day of December 2020, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 58 judgment is entered in favor of Defendants and against Plaintiffs. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

_____
WILLIAM S. STICKMAN, IV
UNITED STATES DISTRICT JUDGE